UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
GENERAL ELECTRIC INTERNATIONAL, INC. *et al.*,  :
                                                  :
                     Plaintiffs,                           :
                                                  :           21 Civ. 6154 (JPC)
               -v-                                     :
                                                  :               ORDER
THORCO SHIPPING AMERICA, INC. *et al.*,         :
                                                  :
                    Defendants.                       :
                                                  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On July 19, 2021, Plaintiffs commenced arbitration proceedings in London, United Kingdom, by serving demands on Thorco Projects A/S and Phoenix Carriers Corporation SA (the "London Arbitration"). It is hereby ORDERED that, by May 11, 2022, Plaintiffs and Thorco Projects A/S shall file a joint letter updating the Court as to the London Arbitration, including the status of discovery, any proceedings that have occurred thus far, any upcoming deadlines, and the scheduled dates of any further proceedings or hearings.

       SO ORDERED.

Dated: May 4, 2022
       New York, New York
                                                          _____
                                                                JOHN P. CRONAN
                                                          United States District Judge